Entered on Docket
March 29, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
BAR NO. 002763
NARRAH F. NEWARK, ESQ.
BAR NO. 008201
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
bk@nnbklaw.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| | Case No.: 09-16880-bam |
| **ROOSEVELT DUBOSE** | |
| **JEANNE R. DUBOSE** | |
| Debtor(s). | DATE: 2/18/2010 |
| | TIME: 2:30 p.m. |

### ORDER GRANTING MOTION TO VALUE COLLATERAL, " STRIP OFF" AND MODIFY RIGHTS OF SECOND DEED OF TRUST OF BANK OF AMERICA (C/O LITTON LOAN SERVICING L.P. (ACCOUNT ENDING IN 0380) PURSUANT TO 11 U.S.C. §506(a) AND §1322

The Motion of Debtors, ROOSEVELT DUBOSE and JEANNE R. DUBOSE, to Value Collateral, "Strip Off" and Modify Rights of Second Deed of Trust of Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2 its Successors And/or Assigns c/o Litton Loan Servicing L.P.(account ending in 0380) Pursuant to 11 U.S.C. §506(a) and §1322, as against residential real property, coming on regularly for hearing on February 18, 2010, at 2:30 p.m., with

1  NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, appearing for Debtors, and, Creditor, Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, et al., appearing by written Limited Response by and through its attorney, GREG WILDE, ESQ., of WILDE & ASSOCIATES, and pursuant to notice duly given, no opposition being filed by the Chapter 13 Trustee, and the Court having heard the representation of counsel, and being otherwise informed, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the second deed of trust lien of Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2 its Successors And/or Assigns c/o Litton Loan Servicing L.P.(account ending in 0380) against Debtors' property located at 1024 Heberdeen Ct., N Las Vegas, NV 89032, be and hereby is, avoided and released and will now become an unsecured claim to be paid *pro rata* with like unsecured creditors.

**IT IS FURTHER ORDERED** that Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2 its Successors And/or Assigns c/o Litton Loan Servicing L.P.(account ending in 0380) shall retain it's lien on the real property located at 1024 Heberdeen Ct., N Las Vegas, NV 89032, until such time as the Debtors have completed their Chapter 13 Plan and received a discharge of their obligations.

**IT IS FURTHER ORDERED** that nothing contained herein shall alter the rights of the second deed of trust of Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2 its Successors And/or

...
...
...
...

Assigns c/o Litton Loan Servicing L.P.(account ending in 0380) upon conversion to a Chapter 7 proceeding or dismissal of the instant Chapter 13.

**IT IS SO ORDERED.**

Submitted By:

NEWARK & NEWARK LAW FIRM

By:_____
NARRAH F. NEWARK, ESQ.
NB#008201
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
Attorney for Debtor(s)

Approved as to form and content

WILDE & ASSOCIATES

By:__See attached L.R. 9021__
GREG WILDE, ESQ.
NB#004417
208 S. Jones Blvd.
Las Vegas, NV 89107
Attorneys for Creditor, Bank of America et al.

Approved as to form and content

CHAPTER 13 TRUSTEE

By:__See attached L.R. 9021__

### #

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

1. Marianne Gatti Esq., Attorney for Rick Yarnall, Trustee. Failed to Respond.
2. 
3. Greg Wilde, Esq., Attorney for Bank of America. Failed to respond.

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.